# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONALD WILLIAMS**                                                              **PLAINTIFF**

V.                 **CASE NO.: 3:12CV00085 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

Plaintiff Ronald Williams's appeal is denied and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 10th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE